COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01896-JAD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF No. 14 |

IT IS HEREBY STIPULATED by and between Plaintiff, John Waudby ("Plaintiff") and

Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| Dated this 22nd day of June, 2022. | Dated this 22nd day of June, 2022. |
|---|---|
| COGBURN LAW | CLARK HILL PLLC |
| By: */s/Erik W. Fox* | By: */s/Gia N. Marina* |
|     Jamie S. Cogburn, Esq. |     Gia N. Marina, Esq. |
|     Nevada Bar No. 8409 |     Nevada Bar No. 15276 |
|     Erik W. Fox, Esq. |     3800 Howard Hughes Parkway, Suite 500 |
|     Nevada Bar No. 8804 |     Las Vegas, NV 89169 |
|     2580 St. Rose Parkway, Suite 330 |     *Attorney for Equifax Information Services* |
|     Henderson, NV 89074 |     *LLC* |
|     *Attorneys for Plaintiff* | |

**ORDER**

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2022